UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 18, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW T. FENSKE,

Defendant.

Case No. 2:19-mj-00199-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANDREW T. FENSKE__, Case No. __2:19-mj-00199-CKD__ Charge __18 USC § 3563__, from custody for the following reasons:

- __X__ Release on Personal Recognizance
- ___ Bail Posted in the Sum of $ _____
  - ___ Unsecured Appearance Bond $ _____
  - ___ Appearance Bond with 10% Deposit
  - ___ Appearance Bond with Surety
  - ___ Corporate Surety Bail Bond
  - ___ (Other): __To be released 11/18/2019 and ordered to__
  - __X__ __report to Probation in Modesto, at 11:00 AM__
  - ___ __11/19/2019.__

Issued at Sacramento, California on November 18, 2019 at __2:47 pm__

By: _____
Magistrate Judge Carolyn K. Delaney